April 24, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

GEORGE FLEMING AND FLEMING & ASSOCIATES, L.L.P., Appellants

NO. 14-12-00299-CV                    V.

CAROLYN B. ALVAREZ, ET. AL., Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on February 17, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs incurred by reason of this appeal.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.